MILLER CORSETS, INCORPORATED, Appellant, v. HENRY SCHLOSS and Others, Doing Business under the Name of NATIONAL WHALEBONE COMPANY, Respondents. HENRY SCHLOSS and Others, Doing Business under the Name of NATIONAL WHALEBONE COMPANY, Respondents, v. MILLER CORSETS, INCORPORATED, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

SUSIE SKUSE, an Infant, etc., Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

ARTHUR N. WISE and Another, Plaintiffs, v. ELIZABETH WEDLAKE, Defendant. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD LATSHAW, Appellant.— Motion granted, extending time for argument to November term. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

In the Matter of the Probate of the Last Will and Testament of DASCOM ALLEN, SR., Deceased.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

M. BRUNSON EASTON, Respondent, v. LADRUE BILLINGS and Another, Appellants.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

LEONORA HARRISON, Respondent, v. WILLIAM HARRISON, Appellant.— Motion to dismiss appeal granted, with ten dollars costs. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

ELIZABETH M. CHRISTMANN, Respondent, v. J. J. SIEGRIST & COMPANY and Another, Appellants.— Order dismissing appeal vacated. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

GLADYS V. BURNS, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion granted and appeal dismissed, without costs. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

JOHN B. BURNS, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion granted and appeal dismissed, without costs. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

CATHERINE ADAMS, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion granted and appeal dismissed, without costs. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

ONTARIO SPECIALTIES, INC., Appellant, v. OLD DOMINION PAPER COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

HENRY E. WAGNER, Appellant, v. GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, Respondent, and Another, Defendant.— Appeal dismissed unless appellant shall be ready for argument at the opening of the November term. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.